UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5:25-CR-087-REW-01 At Lexington Date May 18, 2026

Case Style: United States of America v. Craig Martez Williams, aka Hustle

---

PRESENT: HON. ROBERT E. WIER, U.S. DISTRICT JUDGE

| Dulce Cornelius | Lauren Gootee | Mary Lauren Melton |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT: ATTORNEY FOR DEFENDANT:

Craig Martez Williams (Custody) Pam Ledgewood (CJA)

**PROCEEDINGS:** **Supplemental Rule 11 Hearing per § 851(c) and (d).**

The parties convened for a supplemental Rule 11 hearing, as required by law and § 851(c) and (d), to address the issues raised by the § 851-noticed predicate. The Court first heard counsel's statements concerning the Government's filing of a Notice Regarding Enhanced Statutory Penalties under 21 U.S.C. § 851 (DE 43).

The Court conducted a full Rule 11 colloquy with Defendant on the § 851 enhancement after placing Defendant under oath. Defendant willingly and voluntarily admitted his identity and the fact of conviction in the conviction underlying the § 851 Notice (Southern District of Ohio, Case No. 17-cr-103-001). Williams affirmed he served more than 12 months for that offense and that he was released within 15 years of commencement of the present offense. Defendant further confirmed he did not object to the § 851 Notice.

The Court **FINDS** that Defendant appropriately stipulated to the § 851 factual predicates. The parties had no objections.

The sentencing hearing in this matter remains scheduled for **August 13, 2026,** at **10:30 a.m.**, at the United States Courthouse in Lexington, Kentucky.

The Defendant is **REMANDED** to the custody of the United States Marshals Service.

This the 18th day of May, 2026.

**Signed By:**
***Robert E. Wier*** *REW*
**United States District Judge**

Copies: COR, USP, USM

Initials of Deputy Clerk dc TIC: /36