UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. 5:25-cr-087-REW-MAS-1 At Lexington Date August 13, 2026

USA vs Craig Martez Williams
AKA Hustle x present x custody ___ bond ___ OR Age 42

DOCKET ENTRY: The parties appeared as noted. The Court confirmed that all parties had received the Presentence Investigation Report (PIR) and had adequate time to review the report. Defendant orally confirmed he had ample time to thoroughly review the report and was ready for today's sentencing.

The Court **ADOPTS** the **PIR** prepared by the United States Probation Office as its findings, including Guidelines calculations. The PIR will not be filed in the Court's Case Management Electronic Case Filing system, but the Court will maintain a digital copy of the PIR in its electronic repository. The Court **GRANTS** the United States's oral Motion for § 3E1.1 Third Level Reduction. Additionally, the Court **GRANTS** the United States's oral motion to dismiss Count 2 of the Indictment, effective upon the entry of the Judgment.

Defendant had no objection to and affirmed the conviction underlying the § 851 Enhancement as required per §851(b) - *see* DE 43 (Southern District of Ohio, Case No. 17-cr-103-001) and DE 109. He conceded the factual components of the serious drug felony definition and had no legal objection.

The Court conducted a closed session. The Court then heard counsel's arguments as to the proper sentence, and the defendant allocuted. The Court orally announced the sentence and will subsequently issue a separate Judgment.

PRESENT: HON. ROBERT E. WIER, UNITED STATES DISTRICT JUDGE

| Dulce Cornelius | Kim Keene | None | Mary Lauren Melton |
|---|---|---|---|
| Courtroom Deputy | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant Pam Ledgewood x present ___ retained x appointed

PROCEEDINGS: **SENTENCING** (non-evidentiary)

_____ Objections to Presentence Report.

x No objections to the Presentence Report.

_____ The Court Reporter shall transcribe the proceedings of the hearing on the Objections to the Presentence Report and file it in the record.

x Court's Advice of Right to Appeal read to defendant, and he confirmed understanding.

x The transcript shall be deemed the written findings of the Court.

x Judgment shall be entered (See Judgment & Commitment.)

_____ Defendant to remain on previously imposed conditions of release.

x Defendant remanded to the custody of the United States Marshals Service.

Copies: COR, USP, USM

Initials of Deputy Clerk dc

TIC: 1/55

**Signed By:**

***Robert E. Wier*** REW

**United States District Judge**